KYH: 12.02.2024
KFD: USAO 2024R00536


USDC- BALTIMORE
'24 DEC 4 PM 3:59

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. SAG 24cr 353 |
| | * | |
| **RONALD STEVENSON,** | * | (Possession of a Firearm by a |
| | * | Prohibited Person, 18 U.S.C. § |
| Defendant. | * | 922(g)(1); Unlawful Possession of a |
| | * | Machinegun, U.S.C. § 922(o); |
| | * | Forfeiture, 18 U.S.C. § 924(d), 21 |
| | * | U.S.C. § 853(p), and 28 U.S.C. § |
| | * | 2461(c)) |

*******

## INDICTMENT

### COUNT ONE
(Unlawful Possession of a Machinegun)

The Grand Jury for the District of Maryland charges that:

On or about August 5, 2024, in the District of Maryland, the Defendant,

**RONALD STEVENSON**

did knowingly possess a machinegun, as that term is defined in 26 U.S.C. §5845(b); that is, a Glock Model 17 9mm pistol, bearing serial number BNVZ093, equipped with a machinegun conversion device, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

18 U.S.C. § 922(o)
26 U.S.C. § 5845(b)
18 U.S.C. § 924(a)(2)

KYH: 12.02.2024
KFD: USAO 2024R00536

## COUNT TWO
### (Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about August 5, 2024, in the District of Maryland, the Defendant,

**RONALD STEVENSON**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock Model 17 9mm pistol, bearing serial number BNVZ093, equipped with a machinegun conversion device, and ammunition, to wit, eight rounds of 9mm cartridges, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## **FORFEITURE ALLEGATION**

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under Counts One and Two of this Indictment.

### **Firearms Forfeiture**

2. Upon conviction of the offense(s) alleged in Counts One or Two of this Indictment, the Defendant,

**RONALD STEVENSON,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s), including but not limited to:

   a. a Glock Model 17 9mm pistol, bearing serial number BNVZ093, and a machinegun conversion device attached thereto; and

   b. approximately eight rounds of 9mm ammunition.

### **Substitute Assets**

3. If, as a result of any act or omission by the Defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

Date: 12.04.24